

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-11-00132-CV

_____

CALVIN MONASCO, Appellant

V.

GILMER BOATING AND FISHING CLUB, Appellee

On Appeal from the 115th Judicial District Court
Upshur County, Texas
Trial Court No. 748-07

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Calvin Monasco has filed a notice of appeal against a judgment of contempt entered against him by the 115th Judicial District Court of Upshur County. Generally, only final decisions of trial courts are appealable. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *Hinde v. Hinde*, 701 S.W.2d 637, 639 (Tex. 1985); *N.E. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966); *see* TEX. CIV. PRAC. & REM. CODE ANN. § 51.012 (West Supp. 2011) (final judgment of district and county courts). The Legislature has also authorized the appeal of a number of interlocutory orders, not including orders of contempt. *See, e.g.*, TEX. CIV. PRAC. & REM. CODE ANN. § 51.014 (West Supp. 2011).

An order holding a person in contempt is not one from which an appeal may be brought. *Ex parte Cardwell*, 416 S.W.2d 382, 384 (Tex. 1967); *Pandozy v. Beaty*, 254 S.W.3d 613, 616 (Tex. App.—Texarkana 2008, no pet.) (citing *Ex parte Williams*, 690 S.W.2d 243 (Tex. 1985)). Relief is available only through application for a writ of habeas corpus. *Grimes v. Grimes*, 706 S.W.2d 340, 343 (Tex. App.—San Antonio 1986, writ dism'd) (citing *Wagner v. Warnasch*, 259 S.W.2d 890, 893 (Tex. 1956)). We, therefore, may not accept jurisdiction over this appeal.

We dismiss the appeal for want of jurisdiction.


Jack Carter
Justice


2

Date Submitted:    February 16, 2012
Date Decided:      February 17, 2012